UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                §
    BLASEN, WAYNE R.                §   Case No. 08-13623
                                      §
                         Debtor(s)    §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that NORMAN NEWMAN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
7th Floor
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on August 24, 2010 in Courtroom 642, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____     By:   /s/NORMAN NEWMAN
                                       Trustee

NORMAN NEWMAN
191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL 60606-1615
(312) 521-2000

UST Form 101-7-NFR (9/1/2009)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: BLASEN, WAYNE R. | § | Case No. 08-13623 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 7,256.50 |
| *and approved disbursements of* | $ 12.59 |
| *leaving a balance on hand of* [1] | $ 7,243.91 |

Claims of secured creditors will be paid as follows:

*Claimant*                                                      *Proposed Payment*
                        N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | Norman B. Newman, Trustee | $ 1,475.65 | $ |
| *Attorney for trustee* | Much Shelist, et.al. | $ 9,992.00 | $ 110.22 |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*            *Fees*            *Expenses*

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | $ | $ |
|---|---|---|---|
| *Attorney for debtor* | | $ | $ |
| *Attorney for* | | $ | $ |
| *Accountant for* | | $ | $ |
| *Appraiser for* | | $ | $ |
| *Other* | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 29,318.26 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | Chase Bank USA NA | $ 187.84 | $ 0.00 |
| 2 | Roundup Funding, LLC | $ 1,163.72 | $ 0.00 |
| 3U | Midwest Bank & Trust as Trustee of Trust No. 770 | $ 27,966.70 | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|

**UST Form 101-7-NFR (9/1/2009)**

N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant*                                      *Allowed Amt. of Claim    Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

Prepared By: /s/NORMAN NEWMAN
                              Trustee

NORMAN NEWMAN
191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL 60606-1615
(312) 521-2000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: gbeemster              Page 1 of 1            Date Rcvd: Jul 26, 2010
Case: 08-13623                 Form ID: pdf006              Total Noticed: 31

The following entities were noticed by first class mail on Jul 28, 2010.
db           +Wayne R. Blasen,    468 Derby Court,    Schaumburg, IL 60193-2867
aty          +Colleen E McManus,    Much Shelist,    191 N. Wacker Drive,    Suite 1800,    Chicago, IL 60606-1631
aty          +Joseph P Doyle,    Law Office of Joseph P Doyle,    105 S Roselle Road,    Suite 203,
               Schaumburg, IL 60193-1631
tr           +Norman B Newman,    Much Shelist Freed Denenberg,    191 North Wacker Drive Ste 1800,
               Chicago, IL 60606-1631
12275958     +Allied Wate Services,    1330 Gasket Drive,    Elgin, IL 60120-7543
12275959      Arrow Tru-Line,    PO Box 901352,    Cleveland, OH 44190-1352
12275960     +Atlas & Leviton,    PO Box 894,    950 Milwaukee Ave, Suite 224,    Glenview, IL 60025-3778
12275962     +Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
12999211      Chase Bank USA NA,    PO BOX 15145,    Wilmington DE 19850-5145
12275963      Cingular Wireless,    PO Box 6428,    Carol Stream, IL 60197-6428
12275964     +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
12275965     +Clopay Plastic Products,    8585 Duke Boulevard,    Mason, OH 45040-3100
12275966      Coface Collections North America,    PO box 8510,    Metairie, LA 70011-8510
12275967      Credit Managment Company,    PO Box 16346,    Pittsburgh, PA 15242-0346
12275968     +Denco Marketing Company,    PO Box 191,    81 Logsdon Ave,    Millersburg, OH 44654-1488
12275969     +Garage Door Supplies,    7211 S. Lockwood Ave,    Chicago, IL 60638-6521
12275970      Gold Key Le,    Credit Disputes,    Southfield, MI 48086
12275971     +Healthcare Service Corporation,    PO Box 1186,    Chicago, IL 60690-1186
12275972      Ice Mountain,    PO Box 856680,    Louisville, KY 40285-6680
12275973      Indiana Insurance Company,    PO Box 7906,    Loveland, OH 45140-7906
12275974     +JSD Managment,    1283 College Park Dr.,    Dover, DE 19904-8713
12275976     +Lunt Investments,    PO Box 6384,    Bloomingdale, IL 60108-6384
12275979     +Merchant Services,    7300 Chapman HWY,    Knoxville, TN 37920-6612
13458073     +Midwest Bank & Trust as Trustee of Trust No. 770,    c/o Nigro, Westfall & Gryska, P.C.,
               1793 Bloomingdale Road,    Glendale Heights, IL 60139-3800
12275981     +Nigro & Westfall,    1793 Bloomingdale Road,    Glendale Heights, IL 60139-2187
12275982      OMI Industries,    8267 Green Meadows Drive North,    Lewis Center, OH 43035
12275983      R&I Ornamental Iron,    96 Center Dr,    Gilberts, IL 60136-9712
12275984     +Robert J Adams & Associates,    125 S. Clark St.,    Suite 1810,    Chicago, IL 60603-4008
The following entities were noticed by electronic transmission on Jul 26, 2010.
12275977     +E-mail/Text: tjordan@mcscol.com                             Medical Collections Sy,
               725 S. Wells Ave Ste 700,    Chicago, IL 60607-4578
12275980     +E-mail/Text: bankrup@nicor.com                              Nicor Gas,    1844 Ferry Road,
               Naperville, IL 60563-9600
13015348      E-mail/PDF: BNCEmails@blinellc.com Jul 27 2010 01:44:11     Roundup Funding, LLC,    MS 550,
               PO Box 91121,    Seattle, WA 98111-9221
                                                                                             TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12275978*     +Medical Collections Sy,    725 S. Wells Ave Ste 700,    Chicago, IL 60607-4578
12275961    ##+Berglund & Niew,    900 Jorie Boulevard,    Suite 122,    Oak Brook, IL 60523-3823
12275975    ##+Kane, Carbonara & Mendoza,    One North Franklin,    Suite 2700,    Chicago, IL 60606-3470
12275985    ##Roselle Lumber Company,    PO Box 5355,    Bloomington, IL 61702-5355
                                                                                           TOTALS: 0, * 1, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 28, 2010**                    **Signature:**    _Joseph Speetjens_